**EXHIBIT C**

COLORADO DIVISION
OF CIVIL RIGHTS

JUN 7 2018

| CHARGE OF DISCRIMINATION | EEOC Charge No. |
|---|---|
| The Privacy Act of 1974 affects this form. Read Privacy Act Statement before completing this form. | 32A-2018-00529 |
| | CCRD Charge No. FE2018026693 |

## COLORADO CIVIL RIGHTS DIVISION AND EEOC

| Name *(Charging Party)* | | (Area Code) Telephone |
|---|---|---|
| Katherine Smith | | (276) 202-7211 |
| Street Address | City, State, and Zip Code | County |
| 5101 S. Rio Grande St #5-309 | Lakewood, CO 80128 | Arapahoe |

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name *(Respondent)* | Number of Employees | (Area Code) Telephone |
|---|---|---|
| Rite of Passage, Inc. d/b/a Rite of Passage | 15+ | (303) 830-3300 |
| Street Address | City, State, and Zip Code | County |
| 2560 Business Parkway Suite A | Minden, Nevada 89423 | |

| Discrimination Based on: | Date Most Recent Discrimination Occurred: |
|---|---|
| Sex (female); Retaliation | April 27, 2018 |

**I. Jurisdiction**: The Colorado Civil Rights Division has jurisdiction over the subject matter of this charge; that each named Respondent is subject to the jurisdiction of the Colorado Civil Rights Division and is covered by the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, et. seq.), as reenacted.

**II. Personal Harm**: That on or about September 1, 2017, and continuing thereafter, I was harassed based on my sex (female). That on or about January 1, 2018, I was not promoted based on my sex (female) and/or in retaliation for engaging in protected activity. That on or about January 1, 2018, I was subjected to unequal terms and conditions of employment based on my sex (female) and/or in retaliation for engaging in protected activity.

**III. Respondent's Position**: Unknown

**IV. Discrimination Statement**: I believe I was unlawfully discriminated against because: of my protected class and/or in retaliation for engaging in protected activity in violation of the Colorado Anti-Discrimination Act (CADA). 1.) I began employment with the Respondent on or about March 1, 2017. My most recent job title was Registrar. I performed my job duties satisfactorily at all times. 2.) On or about September 1, 2017, and continuing thereafter, I was sexually harassed at the Respondent's workplace when my supervisor Matthew Martinez ("Martinez") continuously subjected me to offensive and unwelcomed attention. For example, Martinez would often ask me out on dates and show me pictures of naked women on his phone. 3.) On or about December 14, 2017, I complained to the Respondent's Program Director Penny Sampson that I was being harassed based on my sex. 4.) Subsequent to my complaint the Respondent retaliated against me by assigning me an increased amount of work duties many of which were outside of my job description, rescinding a previous offer to promote me, and giving me a negative performance evaluation which resulted in me losing my merit pay increase. 5.) I believe I was discriminated against based on my protected class and/or in retaliation for engaging in protected activity.

**V. WHEREFORE**: The Charging Party prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 6/7/2018      Charging Party/Complainant (Signature) *Katie Sikh*

**Statement of Discrimination**

First Date of Occurrence

7/7/2017

Full Name(s) and Job Titles of the Involved Individuals

Matthew Martinez, Principal. Karen Doyle, Mountain Region Director of Human Resources. Penny Sampson, Former Director, current Regional Director of Assessment, Admissions and Projects.

Why you think the incident or action taken was discriminatory (e.g. "This incident shows that I was fired because of my age").

Matthew Martinez, former Principal and my former direct supervisor, had sexually assaulted and harassed me on multiple occasions. When I brought my concerns forth, I was promised that I would not have to continue working with Mr. Martinez and that action would be taken promptly. Following the investigation, Ms. Karen Doyle stated the my claims were unfounded and unsubstantiated. Ms. Penny Sampson stated that Mr. Martinez would no longer be my direct supervisor, however he continued as my direct supervisor until March of 2018. I was forced to be alone with Mr. Martinez on multiple occasions despite me voicing my concerns.



**COLORADO**
Department of
Regulatory Agencies

Colorado Civil Rights Division

1560 Broadway Street, Suite 825
Denver, CO 80202

June 12, 2018

Katherine Smith v Rite of Passage, Inc. D/B/A Rite of Passage

Charge Number: FE2018026693

**Notice of Dual Filing with the U.S. Equal Employment Opportunity Commission, (EEOC)**

Dear Parties:

Please see attached notice of employment discrimination charge which was dual filed with the EEOC. Pursuant to the worksharing agreement, the charge will be investigated by the Colorado Civil Rights Division. Please refer to prior complaint service notifications regarding your responsibilities at this time.

Please direct any questions regarding the investigation to the Colorado Civil Rights Division at 303.894.2997 or dora_ccrd@state.co.us.

Thank you,

Colorado Civil Rights Division



EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: **Denver Field Office**
**303 East 17th Avenue**
**Suite 410**
**Denver, CO 80203**

Date **June 12, 2018**
EEOC Charge No.
**32A-2018-00529**

FEPA Charge No.
**FE2018026693**

**CHARGE TRANSMITTAL**

SUBJECT:

**Katherine Smith** v. **RITE OF PASSAGE, INC. D/B/A RITE OF PASSAGE**
*Charging Party* — *Respondent*

Transmitted herewith is a charge of employment discrimination initially received by the:

[ ] EEOC    [X] **Colorado Civil Rights Division** on **Jun 07, 2018**
*Name of FEPA*    *Date of Receipt*

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

[ ] EEOC requests a waiver    [ ] FEPA waives

[ ] No waiver requested    [ ] FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

Typed Name and Title of EEOC or FEPA Official
**Aubrey Elenis, Director**

Signature/Initials
*[signature]*

---

**Katherine Smith** v. **RITE OF PASSAGE, INC. D/B/A RITE OF PASSAGE**
*Charging Party* — *Respondent*

TO WHOM IT MAY CONCERN:

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

Typed Name and Title of EEOC or FEPA Official
**Elizabeth Cadle, District Director**

Signature/Initials

TO: **Colorado Civil Rights Division**
**1560 Broadway Street**
**Suite 1050**
**Denver, CO 80202**

Date **June 12, 2018**
EEOC Charge No.
**32A-2018-00529**
FEPA Charge No.
**FE2018026693**

EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| RITE OF PASSAGE, INC. D/B/A RITE OF PASSAGE<br>2560 Business Pkwy, Suite A<br>Minden, NV 89423 | **PERSON FILING CHARGE**<br><br>**Katherine Smith**<br>THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>**EEOC CHARGE NO.**<br>32A-2018-00529<br>**FEPA CHARGE NO.**<br>FE2018026693 |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____
                                                                                      *(FEP Agency)*

[X] The   Colorado Civil Rights Division    and sent to EEOC for dual filing purposes.
                       *(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race    [ ] Color    [X] Sex    [ ] Religion    [ ] National Origin    [ ] Age    [ ] Disability    [X] Retaliation    [ ] Genetic Information    [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| June 12, 2018 | Elizabeth Cadle,<br>District Director | |