**EXHIBIT D**

## Employee Performance Review (EPR)

| Employee Information | | Site: Betty K. Marler | Date: 4/26/2018 |
|---|---|---|---|
| Name: Katherine Smith | | | Employee Id: 2000022 |
| Position Title: Registrar | | | Review Period: March 1 2017-February 28 2018 |
| Department: Education | | Supervisor: Martinez/Madden | Type of EPR: 90-Day Initial ☐ Annual ☒ Other ☐ |

### RATING SCALES

| 4=Outstanding Consistently Exceeds Expectations | 3=Commendable Frequently Exceeds Expectations | 2=Satisfactory Usually Meets Expectations | 1=Needs Improvement Often Has Difficulty Meeting Expectations | 0=Unsatisfactory Consistently Fails To Meet Expectations |
|---|---|---|---|---|

| Section 1. Performance Factors | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|
| 1. Demonstrates required job knowledge, skills and abilities | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. Responds effectively to assigned responsibilities | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Accomplishes work/assignments with minimal assistance and/or supervision | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4. Adheres to policies and procedures | ☐ | ☒ | ☐ | ☐ | ☐ |
| 5. Completes assignments on schedule, uses resources wisely and manages time effectively | ☐ | ☒ | ☐ | ☐ | ☐ |
| 6. Takes ownership of duties and responsibilities and holds him or herself accountable for projects, duties, and responsibilities | ☐ | ☒ | ☐ | ☐ | ☐ |
| 7. Works in a thorough and organized manner while minimizing wasted time | ☐ | ☒ | ☐ | ☐ | ☐ |
| 8. Adheres to established quality standards | ☐ | ☒ | ☐ | ☐ | ☐ |
| 9. Completes all training requirements in a timely manner and accepts responsibility for own learning | ☐ | ☒ | ☐ | ☐ | ☐ |
| 10. Dependable, arrives at work on time, reports on all scheduled days and adheres to attendance and absenteeism policy and procedures | ☒ | ☐ | ☐ | ☐ | ☐ |
| 11. Works safely, follows safety rules, reports unsafe working conditions/practices and proactively prevents unsafe practices | ☐ | ☒ | ☐ | ☐ | ☐ |
| Total Points (Add total points for each column) 34 | 4 | 30 | 0 | 0 | 0 |

COMMENTS (Note: Ratings above or below "Satisfactory" require appropriate support):

MS. Smith demonstrated job knowledge and the skills necessary to conduct her responsibilities in a positive fashion. Ms. Smith followed company polices when working with outside entities but needs improvement on following tasks assigned by her supervisor. Ms. Smith shinned in establishing quality standards and created a safe working environment.

| Section 2. Interpersonal Factors | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|
| 1. Provides accurate and clear written and verbal information | ☐ | ☒ | ☐ | ☐ | ☐ |
| 2. Demonstrates good listening skills; gives and receives positive and constructive feedback | ☐ | ☒ | ☐ | ☐ | ☐ |
| 3. Works effectively with others and responds positively to situations requiring cooperation, courtesy and tact | ☐ | ☒ | ☐ | ☐ | ☐ |
| 4. Maintains positive working relationships and demonstrates an attitude of respect; does not talk negatively about Company, co-workers, supervisors, students, customers and others | ☐ | ☐ | ☒ | ☐ | ☐ |
| 5. Takes effective action without being told | ☐ | ☒ | ☐ | ☐ | ☐ |
| 6. Treats problems and conflicts as a "normal" process in getting things done; focus on solving the problem as opposed to blaming others for it | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. Conducts self in a manner that is professional, courteous and consistent with Company policy | ☐ | ☒ | ☐ | ☐ | ☐ |
| Total Points (Add total points for each column) 21 | 4 | 15 | 2 | 0 | 0 |

COMMENTS (Note: Ratings above or below "Satisfactory" require appropriate support):

Ms. Smith provided accurate & verbal communication to all entities of Betty Marler. She worked efficiently with students and Marler staff. Ms. Smith struggled to receive feedback that was communicated in a constructive manner from supervisor.

## Employee Performance Review (EPR)

| Section 3. | | OVERALL RATING | | |
|---|---|---|---|---|
| Sum of the total score from each section | | 55 divided by number 18 = 3.06 which is the overall score | | |
| ☐=Outstanding Consistently Exceeds Expectations Score 4.0-3.7 = 6% | ☒=Commendable Frequently Exceeds Expectations Score 3.0-3.6=4% | ☐=Satisfactory Usually Meets Expectations Score 2.0-2.99=2% | ☐=Needs Improvement Often Has Difficulty Meeting Expectations Score 1.0-1.99 requires employment decision meeting | ☐=Unsatisfactory Consistently Fails To Meet Expectations Score 0-.99 requires termination |

**REQUIRED OVERALL COMMENTS** (Note: Ratings above or below "Satisfactory" require appropriate support):

Ms. Smith was effective in communicating with students client managers and staff at Betty Marler. Ms. Smith constantly searches for new ideas and ways to improve efficiency, handles customer service situations well and she is organized and efficient. Additionally Ms. Smith has received favorable and complementary feedback from client managers about her dedication to Betty K. Marler and the girls we serve here.

**EMPLOYEE COMMENTS:** (OPTIONAL-Use additional sheet if required)

Completes all assigned tasks. Performs duties of both Registrar and Principal. Does not require unnecessary assistance in tasks. Completes all Ed. Dept. reports. Maintains all Ed. Dept. correspondence. BMYSC Ed. Dept. representative to outside agencies.

### Section 4.    ACKNOWLEDGEMENTS AND SIGNATURES

**Question 1.** Do you understand that if you believe there has been a violation of Company policy, including Equal Employment Opportunity and prohibited sexual harassment in the workplace, you should report it to the Human Resources Manager? ☒Yes ☐No Initials KS   Do you wish to report a violation? ☐Yes ☐No Initials KS

**Question 2.** Do you understand that no employee will be retaliated against for reporting in good faith that a policy has been violated? ☐Yes ☒No Initials KS

**Note:** Do not list violations on this document nor speak of such with the supervisor. HR will contact you immediately after the evaluation meeting so that you may report the violation and allow for an appropriate investigation process to occur.

I acknowledge that I have reviewed this performance review with my supervisor and have been apprised of my evaluation. I understand that I may make a written statement on this form now or a written statement within three (3) working days. If a written statement is submitted, it will be attached to this evaluation report as a permanent part of this evaluation. I understand that my signature is mandatory and that my signature does not mean that I agree nor disagree with this evaluation.

Printed Name: Katherine Smith    Signature: Katie Smith    Date: 4-27-18

**Supervisor:** I have discussed the job and individual responsibilities, performance expectations, and goals with the employee.

Printed Name: S. Madden    Signature: S Madden    Date: 4/27/18

**Department Head or Higher** (i.e. DSS, DGL, etc.): I have reviewed the Performance Evaluation and find it appropriate.

Printed Name:    Signature:    Date:

**HR Review:**
Printed Name:    Signature:    Date: