IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02926-KLM

KATHERINE SMITH,

    Plaintiff,

v.

RITE OF PASSAGE, a Nevada Corporation, and
MATTHEW MARTINEZ

    Defendants

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties reached an agreement on all terms regarding settlement. The parties are currently in the process of generating the settlement paperwork and the parties will file their Stipulation for Dismissal with the Court as soon as possible.

The Parties also respectfully request the Court vacate the Scheduling Conference currently set for **January 8, 2020 at 9:30 a.m.**

Respectfully submitted this 31st day of December 2019.

| | |
|---|---|
| *s/Laren E. Knoll* | *s/Gillian Dale (email authority 12.31.2019)* |
| Randolph H. Freking (40871) | Gillian Dale (28592) |
| FREKING MYERS & REUL LLC | Aaron J. Thompson (46762) |
| 999 18th Street, Suite 3000 | HALL & EVANS, LLC |
| Denver, Colorado 80202 | 1001 Seventeenth Street, Suite 300 |
| Telephone: 303-357-2355 | Denver, Colorado 80202 |
| Email: randy@fmr.com | Telephone: 303-628-3328 |
| | Email: daleg@hallevans.com |
| |     thompsona@hallevans.com |
| Laren E. Knoll (Ohio Reg. No. 0070594) | *Counsel for Defendant Rite of Passage, Inc.* |
| THE KNOLL LAW FIRM LLC | |
| 7240 Muirfield Drive, Suite 120 | |

Dublin, Ohio 43017
Telephone: 614-372-8890
Email: lknoll@knolllaw.com

*Counsel for Plaintiff Katherine Smith*

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 31st day of December 2019, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was e-filed and served via the CM/ECF filing system upon the following:

    Gillian Dale (28592)
    Aaron J. Thompson (46762)
    HALL & EVANS, LLC
    1001 Seventeenth Street, Suite 300
    Denver, Colorado 80202
    Telephone: 303-628-3328
    Email: daleg@hallevans.com
           thompsona@hallevans.com

                                          *s/Laren E. Knoll*
                                          Laren E. Knoll (Ohio Reg. No. 0070594)
                                          THE KNOLL LAW FIRM, LLC
                                          *Counsel for Plaintiff Katherine Smith*