IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02926-KLM

KATHERINE SMITH,

    Plaintiff,

v.

RITE OF PASSAGE, a Nevada Corporation, and
MATTHEW MARTINEZ

    Defendants.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDUCE

Plaintiff Katherine Smith, Defendant Rite of Passage, and Defendant Matthew Martinez (collectively the "Parties"), by and through their respective counsel, stipulate and agree that all claims asserted or that could have been asserted by and between the Parties are dismissed with prejudice, each party to pay their own fees and costs.

WHEREFORE, the Parties respectfully request the Court enter an Order dismissing the above-referenced action, with prejudice.

1

Respectfully submitted this 8th day of April, 2020.

  s/ *Gillian Dale*
Aaron J. Thompson, Esq.
Gillian Dale, Esq.
HALL & EVANS LLC
1001 17th Street Suite 300
Denver, CO 80202
Tel: 303-628-3300;
Fax: 303-628-3368
thompsona@hallevans.com;
daleg@hallevans.com
**ATTORNEYS FOR DEFENDANT RITE OF PASSAGE**

s/ *Laren E. Knoll*
Laren E. Knoll, Esq.
THE KNOLL LAW FIRM LLC
7240 Muirfield Drive, Suite 120
Dublin, OH 43017
Tel: 614-372-8890
Fax: 614-452-4850
lknoll@knolllaw.com
**ATTORNEY FOR PLAINTIFF**

*s/ Paul E. Collins*
Paul E. Collins, Esq.
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO  80202
Tel: (303) 292-2700
pcollins@tamlegal.com
**ATTORNEY FOR DEFENDANT MATTHEW MARTINEZ**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, and via E-mail as indicated below:

**Randolph H. Freckling (Via CM/ECF)**
Randy@fmr.law
**[Attorney for Plaintiff]**

**Laren E. Knoll (Via CM/ECF)**
lknoll@knolllaw.com
**[Attorney for Plaintiff]**

**Niki Hanselman (Via Email)**
nhanselman@knolllaw.com
**[Attorney for Plaintiff]**

**Paul E. Collins (Via E-mail)**
pcollins@tamlegal.com
**[Attorney for Defendant Matthew Martinez]**

s/ *Denise Y. Gutierrez, Legal Assistant to*
Aaron J. Thompson, Esq.
Gillian Dale, Esq.
of HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
thompsona@hallevans.com
daleg@hallevans.com
**ATTORNEYS FOR DEFENDANT RITE OF PASSAGE**